UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Ivan A. Avila**,

    Plaintiff,

Civil Action No. 1:18-cv-10898-FDS

**Nancy Berryhill**,

    Defendant,

## ORDER OF DISMISSAL

June 20, 2019

Saylor, D.J.

In accordance with the Court's Order dated June 20, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley

Deputy Clerk